AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Sheila C. Bynum-Coleman<br>*Defendant* | )<br>) Case No. 3:25cr44<br>)<br>)<br>)<br>) |

**RECEIVED MAR 19 2025 BY: USMS E/VA**

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sheila C. Bynum-Coleman,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED

Date: 03/19/2025

*Issuing officer's signature*

City and state: Richmond, Virginia

A. Duncan, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3-20-25, and the person was arrested on *(date)* 3-21-25
at *(city and state)* Chesterfield, VA.

Date: 3-21-25

*Arresting officer's signature*

John Knittel ASAC
*Printed name and title*