IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.

Criminal Case No. 3:25-cr-44

SHEILA C. BYNUM-COLEMAN,

and

RASHAD H. COLEMAN,

Defendants.

## ORDER

This matter comes before the Court on Defendants Sheila C. Bynum-Coleman and Rashad C. Coleman's (collectively, "Defendants") Joint Motion for to Seal Attachment to Pleading (the "Motion"). (ECF No. 67.) In the Motion, Defendants "move to seal the grand jury transcript . . . filed as an Attachment to their Joint Reply Brief." (ECF No. 67, at 1; see ECF No. 66.)

The parties have not attached a grand jury transcript to their Joint Reply Brief. (ECF No. 66.) Accordingly, the Court DENIES the Motion, (ECF No. 67), WITHOUT PREJUDICE. If Defendants seek to seal an attachment, they must first file that attachment in accordance with the Local Rules for the Eastern District of Virginia. See E.D. Va. Local Civil Rule 5 (governing requests to file documents under seal).

It is SO ORDERED.

Date: 11/17/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge