IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Case No. 3:25-cr-44

SHEILA C. BYNUM-COLEMAN,

and

RASHAD H. COLEMAN,

Defendants.

## MEMORANDUM ORDER

This matter comes before the Court on Defendants Sheila C. Bynum-Coleman and Rashad H. Coleman's (collectively, "Defendants") Joint Motion *in Limine* Regarding Impeachment of Prosecution Witness Jamiel Adeyola (the "Motion"). (ECF No. 78.) In the Motion, Defendants ask the Court to allow them to introduce (1) evidence of prosecution witness Jamiel Adeyola's criminal history under Federal Rule of Evidence 609, (ECF No. 78, at 4–8), and (2) evidence of Mr. Adeyola's allegedly false statements on social media to attack his character for truthfulness under Federal Rule of Evidence 608, (ECF No. 78, at 8–9). The United States "does not object to the use of impeachment evidence as outlined" in the Motion. (ECF No. 83, at 1.)

The Court GRANTS the Motion. (ECF No. 78.) While "more than 10 years have passed" since Mr. Adeyola's conviction, the Court finds that Defendants may introduce evidence of that conviction as impeachment material because "(1) its probative value, supported by specific facts and circumstances, substantially outweighs its prejudicial effect; and (2) [Defendants] [have] give[n] [the United States] reasonable written notice of the[ir] intent to

use it so that the [United States] has a fair opportunity to contest its use." Fed. R. Evid. 609(b)(1)–(2). The Court also concludes that Defendants may introduce evidence of Mr. Adeyola's statements on LinkedIn because those statements "are probative of the character for truthfulness or untruthfulness of" Mr. Adeyola. Fed. R. Evid. 608(b)(1).

It is SO ORDERED.

Date: 2/4/26
Richmond, Virginia

/s/ M|L
M. Hannah Lauck
Chief United States District Judge