IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                    Criminal No.: 3:25CR44

SHEILA C. BYNUM-COLEMAN,                                          Defendant

## **NOTICE OF APPEAL**

Comes now the defendant, Sheila C. Bynum-Coleman, by counsel, and notes her appeal to the United States Court of Appeals for the Fourth Circuit for the convictions and sentencing relating to the judgment of this court entered on July 28, 2026.

The defendant specifically intends to assert that the defendant received ineffective assistance of counsel in her plea negotiations and representation up and through her sentencing.

Defense counsel will not be representing the defendant in the appeal.

Respectfully Submitted,
Sheila C. Bynum-Coleman
By:        _____/s/_____

Charles A. Gavin, Esquire
Virginia State Bar #: 31391
Attorney for Sheila C. Bynum-Coleman
Gavin Law, PLC
14321 Winter Breeze Dr., Suite 136
Midlothian, Virginia 23113
(804) 606-7702
(804) 606-7704 *facsimile*
E-Mail: cgavin@gavinlawplc.com

## CERTIFICATE

I hereby certify that this 28th day of July, 2026, I will electronically file the foregoing the Clerk of the Court using the CM/ECT system which will then mail a copy of such filing to Stephen Anthony, Assistant United States Attorney.

By:_____/s/_____
Charles A. Gavin, Esquire
Virginia State Bar #: 31391
Attorney for Sheila C. Bynum-Coleman
Gavin Law, PLC
14321 Winter Breeze Dr., Suite 136
Midlothian, Virginia 23113
(804) 606-7702
(804) 606-7704 facsimile
E-Mail: cgavin@gavinlawplc.com